

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2015

No. 04-14-00806-CV

Amado **ABASCAL**, III,
Appellant

v.

Rodolfo Flores **GALVAN** and G&M Logistics Corp.,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-11-27955-MCVAJA
Honorable David A. Berchelmann, Jr., Judge Presiding

# O R D E R

The clerk's record was originally due December 15, 2014, but was not filed. We notified the clerk by letter that the record was pas due, but received no response. Our letter advised the clerk that in the absence of a response to our letter, the record would be due January 20, 2015. The record was not filed on January 20, 2015. Accordingly, the clerk's office of this court contacted the Maverick County District Clerk's Office by telephone, inquiring about the record. In response, on January 30, 2015, the district clerk filed a notification of late record asking until February 6, 2015, to file the record. The district clerk also filed a motion requesting to file the clerk's record in paper form, asserting that Maverick County does not yet have "full access to e-filing." Based on the foregoing, we **GRANT** the district clerk's request for an extension of time to file the record and **ORDER** the district clerk to file the record in this court **on or before February 6, 2015**. We further **GRANT** the district clerk's request to file a hard copy of the record in this court by regular mail. We advise the clerk that if the record cannot be filed by February 6, 2015, the clerk should so notify this court.

_Marialyn Barnard, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2015.



_____

Keith E. Hottle

Clerk of Court